United States District Court
Southern District of Texas
**ENTERED**
April 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **RAFAEL JESUS FARIAS ARENAS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00559** |
| | § | |
| **DIRECTOR OF RIO GRANDE** | § | |
| **PROCESSING CENTER,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is *pro se* Rafael Jesus Farias Arenas's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1).

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), and serve it on the ***pro se* Petitioner** no later than **April 9, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner may to submit a reply to Respondents' Response on or before **April 16, 2026**.

The Clerk is DIRECTED to send a copy of the Petition, (Dkt. 1), and this Order via certified mail to the named respondents at the following addresses:

**Director**
**Rio Grande Processing Center**
**1001 San Rio Boulevard**
**Laredo, TX 78046**

**Immigration and Customs Enforcement**
**500 12th Street SW**

1 / 2

**Washington, D.C. 20536**

The Clerk is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov, Daniel.Hu@usdoj.gov, and Hector.Ramirez@usdoj.gov.

Finally, the Clerk is directed to mail a copy of this order to Petitioner via any receipted means at:

**Rafael Jesus Farias Arenas**
**A#241250960**
**Rio Grande Processing Center**
**1001 San Rio Boulevard**
**Laredo, TX 78046**

Additionally, it is further ordered that Respondents must notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** beforehand.

IT IS SO ORDERED.

SIGNED this April 2, 2026.

Diana Saldaña
United States District Judge