United States District Court
Southern District of Texas
**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **RAFAEL JESUS FARIAS ARENAS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00559** |
| | § | |
| **DIRECTOR OF RIO GRANDE** | § | |
| **PROCESSING CENTER,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

The Clerk of Court is DIRECTED to mail a copy of Docket No. 17 to Petitioner at the

address referenced in his most recent filing.

IT IS SO ORDERED.

SIGNED this May 1, 2026.

 

_____
Diana Saldaña
United States District Judge

1 / 1